PROB 12B
ED/AR (8/2002)



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 4 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Phillip David Watts      Case Number: 4:06CR00264-001 SWW

Name of Sentencing Judicial Officer:    Honorable George Howard, Jr.
United States District Judge

May 16, 2007: Case reassigned to the Honorable Susan Webber Wright, United States District Judge

Offense:    Misappropriation of postal funds

Date of Sentence:    November 9, 2006

Sentence:    3 years probation, DNA collection, substance abuse treatment, mental health counseling, financial disclosure, six months home detention with electronic monitoring, 100 hours community service after completion of home detention, $160 restitution, and $100 special penalty assessment

Type of Supervision:    Probation      Date Supervision Commenced: November 9, 2006
Expiration Date: November 8, 2009

Asst. U.S. Attorney: John Ray White      Defense Attorney: Leon Johnson

U.S. Probation Officer: Jason H. Jordan
Phone No.: 501-604-5268

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant will be committed to a residential re-entry center for a period of up to six (6) months**

### CAUSE

On October 8, 2008, the probation office reported to the Court that on July 21, 2008, Mr. Watts was arrested for driving while intoxicated. According to the arrest report, Mr. Watts' vehicle was stopped by the Missouri State Police for speeding. The officer smelled an odor of intoxicants and executed field sobriety tests on Mr. Watts. Upon completion of the sobriety tests, the officer had reasonable cause to arrest Mr. Watts. Mr. Watts admitted to the officer that he had consumed three 24-ounce beers. At the time of booking, Mr. Watts agreed to a breath test which registered .098. Mr. Watts' case jurisdiction is in Cape Girardeau, Missouri Court, Case Number 08G9-CR01413. He retained counsel and made his initial court appearance on September 23, 2008. He pled guilty to the offense and was assessed $441.50

Case 4:06-cr-00264-SWW   Document 11   Filed 08/24/09   Page 2 of 4

Prob 12B                              -2-                    Request for Modifying the
                                                             Conditions or Terms of Supervision
                                                             with Consent of the Offender

Offender: Phillip David Watts                    Case Number: 04:06CR00264 SWW

in court costs and fees, 40 hours of community service work and two years of unsupervised probation. Mr. Watts was referred to the Veteran's Administration substance abuse treatment program for residential inpatient substance abuse treatment. He successfully completed the treatment program and remained in compliance until his recent arrest noted below.

On May 15, 2009, Mr. Watts was arrested by the North Little Rock, Arkansas, Police Department for driving while intoxicated, failure to yield and no insurance, offense number 2009-38915. According to the incident report, an officer responded to an auto accident and made contact with Mr. Watts. The officer noticed that Mr. Watts was unstable on his feet, his eyes were bloodshot, he spoke with slurred speech and he smelled of intoxicants. Mr. Watts was given field sobriety tests which he failed. Mr. Watts admitted to the officer that he had "a couple" of drinks. Mr. Watts was transported to police headquarters and submitted to a breath analysis test which registered .137. On June 15, 2009, Mr. Watts appeared in North Little Rock, Arkansas, District Court, and pled guilty to the offense of driving while intoxicated. The Court ordered seven days in jail with six days suspended, and court costs and fine of $1,205 (suspended). Mr. Watts was referred for a second time to the Veteran's Administration substance abuse treatment program. He successfully completed the program, and is residing at Recovery Centers of Arkansas chemical-free living facility.

On June 17, 2009, Mr. Watts' attorney, Leon Johnson, was contacted and stated that he agreed with this modification. Attached is a signed a PROB 49A, waiver to modify the conditions of supervised release, signed by Mr. Watts on July 13, 2009.

_____          _____
Jason H. Jordan                    John Ray White
U.S. Probation Officer             Assistant U.S. Attorney

Date: August 14, 2009              Date:

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

8-24-09
Date

Prob 12B -3- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Offender: Phillip David Watts                                                         Case Number: 04:06CR00264 SWW

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:


*Rebecca Fuper*
Supervising U.S. Probation Officer

JHJ/khm


c:  Defense Attorney, Leon Johnson, 323 Center St., Little Rock, Arkansas 72201
    Phillip David Watts, 2806 W. 6th, Little Rock, Arkansas 72203
    Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant will be committed to a residential re-entry center for a period of up to six (6) months**

Witness: _____          Signed: _Phil Watts_____
         U.S. Probation Officer                    Probationer or Supervised Releasee

                         _7-13-2009_
                            DATE